UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLDWIDE AIRCRAFT SERVICES,
INC., d/b/a JET ICU,

    Plaintiff and Petitioner,

vs.                                                              Case No. 8:25-cv-01230-JSM-AAS

AETNA LIFE INSURANCE COMPANY,

    Defendant and Respondent.
_____/

## NOTICE OF APPEAL

WORLDWIDE AIRCRAFT SERVICES, INC. d/b/a JETICU, by and through their undersigned counsel, hereby file this Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit, the (1) Order granting AETNA LIFE INSURANCE COMPANY's Motion to Dismiss Petitioners Petition to Confirm Arbitration Award filed August 13, 2025 (Dkt. 18),

**(INTENTIONALLY LEFT BLANK)**

Respectfully submitted on September 10, 2025

*[signature]*

Michael Brannigan, Esq.
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd., Ste 650,
Tampa, FL 33607
Michael.Brannigan@jeticu.com
legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff and Petitioner Worldwide Aircraft Services, Inc. d/b/a JetICU*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed using CM/ECF system and has been furnished to Emilia A. Quesada, Esq. (EQuesada@dQMLaw.com), d'Arcambal Quesada Malyk Peters & Creed, 200 East Broward Boulevard, Suite 1900, Fort Lauderdale, Florida 33301, *Attorneys for Aetna Life Insurance Company,* on September 10, 2025.

Michael Brannigan, Esq.
The Law Office of Michael Brannigan P.A.
Florida Bar No. 0075256
1511 N. Westshore Blvd Ste 650,
Tampa, FL 33607
MichaelBrannigan@jeticu.com
Legal@jeticu.com
(352) 796-2540
(352) 796-2549 (fax)

*Counsel for Plaintiff and Petitioner Worldwide Aircraft Services, Inc. d/b/a JetICU*